IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| **RYAN BARRY**<br><br>*Plaintiff*,<br><br>v.<br><br>**ALSCO INC.**,<br><br>*Defendant*. | Civil Action No: 8:24-cv-3590-PX |

**ORDER**

**UPON CONSIDERATION** of Defendant Alsco Inc.'s Opposition to Plaintiff's Motion for Leave to Amend Complaint, the Memorandum in Support thereof, and any opposition thereto, it is this _____ day of _____ 2025, hereby

**ORDERED** that Plaintiff's Motion for Leave to Amend Complaint be and hereby is **DENIED**; and it is further

**ORDERED** that Plaintiff Ryan Barry's Complaint is dismissed in its entirety, with prejudice.

**IT IS SO ORDERED.**

_____
Judge Paula Xinis